

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

United States Attorney's Office
50 Main Street, Suite 1100
White Plains, New York 10601

January 23, 2024

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

APPLICATION GRANTED

*[signature]*
Hon. Judith C. McCarthy
1-23-2024

Re:   *United States v. Kaheem Palmer*, 24-MJ-266

Dear Judge McCarthy:

The Government writes respectfully to request that the Court unseal the Complaint in the above-captioned matter, as the defendant has been arrested and presented.

Sincerely,

DAMIAN WILLIAMS
United States Attorney

By: *[signature]*
Margaret N. Vasu
Assistant United States Attorney
Southern District of New York
(914) 993-1926

cc: Michael K. Burke, *Counsel for Defendant*